IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN MICHAEL HICKOX :
      PLAINTIFF :
: 2:25-cv-01813
:
:
VS. :
:
:
ZACHARY GAVIN :
PROGRESSIVE CASUALTY :
INSURANCE COMPANY :
      DEFENDANTS :

## PLAINTIFFS MOTION TO DISMISS

NOW COMES, Justin Michael Hickox, the Plaintiff in the above captioned matter, hereby files the within Motion to Dismiss and in support thereof, avers the following, to wit:

1. This matter was commenced by the filing of a complaint against the Defendants in the Court of Common Pleas of Allegheny County.

2. In the complaint, the Plaintiff asserts two causes of action: (1) Negligence as a result of Zachary Gavin destroying the Plaintiffs' vehicle with his total disregard to his reckless driving and (2) bad faith insurance on the part of Progressive Casualty Insurance Company.

3. In their Notice of Removal, Defendant Progressive states that this case has been litigated and voluntary dismissed by the Plaintiff in the action they have attached as an exhibit to their removal notice. However, opposing counsel is incorrect.

4. The voluntarily dismissed civil action attached to the Defendants removal notice is part in parcel of the bad faith insurance claim filed by the Plaintiff and indeed has not been previously litigated to full extent as Progressive committed fraud against the Plaintiff.

5. Further, and most important for consideration, is opposing counsel did not even remove the correct docket or case.

6. In their removal notice, opposing counsel states that the Plaintiff had filed an action against Defendant Gavin in a magisterial district court, had a hearing and judgment was entered in favor of Gavin. Counsel further states that the Plaintiff did not file an appeal. Again, he is incorrect.

7. On November 5, 2025, the Plaintiff filed a Notice of Appeal from Magistrate District Judge Judgment with the Court of Common Pleas of Allegheny County and docketed at number AR-25-008995. (See Exhibit A)

8. Further, it is noted in the docket that Defendant Gavin as well as the Magisterial District Court was served with the Notice of Appeal by the Allegheny County Department of Court Records on November 7, 2025. (See Exhibit B)

9. The docket that opposing counsel has removed to this court is not the correct docket and a Praecipe to Discontinue was filed two weeks ago and is awaiting internal approval by the Allegheny County Department of Court Records.

10. In their removal notice, opposing counsel states that the parties were not served with the action that was removed. This is true, and with good reason.

11. It appears that opposing counsel has just performed a search in Allegheny County regarding this case, did not read the dockets correctly and removed a case that did not need to be removed, wasting this courts valuable time and resources.

12. Had counsel exercised his due diligence, he would have realized that an appeal was properly and timely filed from the magisterial district court and assigned to the arbitration panel, to which Progressive Casualty Insurance Company isn't even a named defendant.

13. The Plaintiff further notes that he is currently in the process of requesting leave from court in Allegheny County to amend his appeal to add Progressive Casualty Insurance Company as a defendant as their actions of bad faith insurance are part in parcel of the claim against Gavin.

14. The Plaintiff felt it prudent to seek an order from this court through a Motion to Dismiss rather than a Rule 41 Notice of Voluntary Dismissal so that this Honorable Court had the opportunity to be fully brief on the matter at hand.

15. Based on the foregoing statements asserted in this motion, the Plaintiff requests that this Honorable Court dismiss the removal filed by opposing counsel without prejudice.

WHEREFORE, the Plaintiff requests that this Honorable Court dismiss this matter without prejudice.

Respectfully Submitted,

Justin Michael Hickox
Plaintiff
2620 Brownsville Road
Apartment 1
Pittsburgh, PA 15227
(412)335-8174
Hickoxjm30012@gmail.com

## CERTIFICATE OF SERVICE

I, Justin M. Hickox, Plaintiff, hereby certifies that a true and correct copy of the foregoing Motion to Dismiss has been duly served on the following individuals in the manner indicated on this 21st day of November, 2025:

**VIA ECF, EMAIL AND FIRS CLASS MAIL:**

Adam Murdoch, ESQ.
707 Grant Street, Suite 3800
Pittsburgh, PA 15219

**VIA FIRST CLASS MAIL**

Zachary Gavin
310 Hawthorne Road
Pittsburgh, PA 15209



# EXHIBIT A

T114758
6 November 2025
15:29:37
AR-25-008995

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL DIVISION
### COVER SHEET

| Plaintiff(s)    Vs<br>JUSTIN MICHAEL HICKOX<br><br>Vs.<br><br>Defendant(s)<br>ZACHARY GAVIN | |
|---|---|
| | Case Number: AR-25-008995 |
| | Type of pleading:<br>NOTICE OF APPEAL FROM MAGISTERIAL DISTRICT JUDGE JUDGMENT |
| | Filed on behalf of<br>JUSTIN MICHAEL HICKOX<br><br>(Name of the filing party) |
| | ☐ Counsel of Record<br>☒ Individual, If Pro Se |
| | Address, Telephone Number, and Email Address:<br>2620 BROWNSVILLE ROAD<br>APARTMENT 1<br>PITTSBURGH, PA 15227<br>(412)335-8174<br>HICKOXJM30012@GMAIL.COM |
| | Attorney's State ID |
| | Attorney's Firm ID |

2025 NOV -5 PM 3:22
DEPT OF COURT RECORDS
CIVIL FAMILY DIVISION
ALLEGHENY COUNTY PA

| COMMONWEALTH OF PENNSYLVANIA | NOTICE OF APPEAL |
|---|---|
| COURT OF COMMON PLEAS | FROM |
| Judicial District, County of ALLEGHENY | MAGISTERIAL DISTRICT JUDGE JUDGMENT |

COMMON PLEAS No. AR-25-008995

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the Magisterial District Judge on the date and in the case referenced below.

| NAME OF APPELLANT | MAG. DIST. NO. | NAME OF MDJ |
|---|---|---|
| JUSTIN MICHAEL HICKOX | 05-2-28 | OSCAR J. PETITE, JR. |

| ADDRESS OF APPELLANT | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2620 BROWNSVILLE ROAD, APARTMENT 1 | PITTSBURGH | PENNSYLVANIA | 15227 |

| DATE OF JUDGMENT | IN THE CASE OF (Plaintiff) | | (Defendant) |
|---|---|---|---|
| 10/08/2025 | JUSTIN MICHAEL HICKOX | vs | ZACHARY GAVIN |

SIGNATURE OF APPELLANT OR ATTORNEY OR AGENT

DOCKET No. MJ-05228-CV-0000180-2025

This block will be signed ONLY when this notation is required under Pa. R.Civ.P.M.D.J. 1008.
This Notice of Appeal, when received by the Magisterial District Judge, will operate as a SUPERSEDEAS to the judgment for possession in this case.

If appellant was Claimant (see Pa.R.Civ.P.M.D.J. 1001(3)) in action before a Magisterial District Judge, A COMPLAINT MUST BE FILED within twenty (20) days after filing the NOTICE of APPEAL.

*Signature of Prothonotary or Deputy*

### PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

This section of form to be used ONLY when appellant was DEFENDANT (see Pa.R.Civ.P.M.D.J. 1001(5)) in action before Magisterial District Judge. IF NOT USED, detach from copy of notice of appeal to be served upon appellee.

**PRAECIPE:** To Prothonotary

Enter rule upon _____ appellee(s), to file a complaint in this appeal
   *Name of appellee(s)*

(Common Pleas No. _____ ) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

*Signature of appellant or attorney or agent*

**RULE:** To _____, appellee(s)
   *Name of appellee(s)*

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS MAY BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of the mailing.

Date: 11/5, 2025

*Ryly Dozelle*
*Signature of Prothonotary or Deputy*

**YOU MUST INCLUDE A COPY OF THE NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH THIS NOTICE OF APPEAL.** The appellee and the magisterial district judge in whose office the judgment was rendered must be served with a copy of this Notice pursuant to Pa.R.Civ.P.M.D.J. 1005(A).

| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF ALLEGHENY |  | NOTICE OF JUDGMENT/TRANSCRIPT<br>CIVIL CASE |
|---|---|---|

| Mag. Dist. No: | MDJ-05-2-28 |
|---|---|
| MDJ Name: | Honorable Oscar Jerome Petite Jr. |
| Address: | 1901 Centre Avenue<br>Pittsburgh, PA 15219 |
| Telephone: | 412-261-2660 |

File Copy

Justin Michael Hickox
v.
Zachary Gavin

Docket No: MJ-05228-CV-0000180-2025
Case Filed: 8/27/2025

### Disposition Summary (cc - Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-05228-CV-0000180-2025 | Justin Michael Hickox | Zachary Gavin | Judgment for Defendant | 10/08/2025 |

Comments:

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS OR THE PHILADELPHIA MUNICIPAL COURT, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

10/8/2025
Date

_Oscar J. Petite Jr._
Magisterial District Judge Oscar Jerome Petite Jr.

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____     _____
Date                                Magisterial District Judge

MDJS 315
Printed: 10/08/2025 11:05:37AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
412-350-5419

Justin Michael Hickox
v.
Zachary Gavin

Docket No.: MJ-05228-CV-0000180-2025

## Participant List

### Private(s)

Diana Marie O'Connell, Esq.
Robb Leonard Mulvihill Llp
500 Grant Ste 2300
Pittsburgh, PA  15219-2502

Nikolas Alexander Vaselopulos, Esq.
700 Grant St Ste 4000
Pittsburgh, PA  15219

### Plaintiff(s)

Justin Michael Hickox
2620 Brownsville Road
Apartment 1
Pittsburgh, PA  15227

### Defendant(s)

Zachary Gavin
310 Hawthorne Drive
Pittsburgh, PA  15209

### Complainant's Attorney(s)

Joseph Alexander Scioscia III, Esq.
Sean Logue, PLLC
27 W. Main Street
Carnegie, PA  15106

## CERTIFICATE OF COMPLIANCE

I, Justin Michael Hickox, certifies that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require the filing of confidential information and documents differently than non-confidential information and documents.

Dated: November 2, 2025

Respectfully Submitted,

Justin Michael Hickox
Appellant, *Pro Se*
2620 Brownsville Road
Apartment 1
Pittsburgh, PA 15227
(412)335-8174
HICKOXJM30012@GMAIL.COM

# EXHIBIT B

## Allegheny County Department Of Court Records
### Civil/Family Division Docket Report

Run Date and Time: 11/22/2025 - 4:47:46

### AR-25-008995

**Hickox vs Gavin**

**Filing Date:** 11/5/2025

**Case Type:** Motor Vehicle Accident

**Related Cases:**

**Court Type:** Arbitration

**Consolidated Cases:**

**Current Status:** Petition to Proceed IFP

**Judge:** No Judge

**Jury Requested:** N

**Amount In Dispute:** $0

#### --Parties--

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Hickox | Justin | Michael | Plaintiff | 2620 Brownsville Road Apt. 1 Pittsburgh PA 15227 | -- | Self-Represented |
| Gavin | Zachary | | Defendant | 310 Hawthorne Drive Pittsburgh PA 15209 | -- | -- |

#### --Attorney--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Self-Represented | | | Attorney | | -- |

#### --Non Litigants--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Arbitration Center | | | Arbitration Center | | |

#### --Docket Entries--

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 11/5/2025 | Petition to Proceed IFP | | Justin Hickox Michael |
| 11/5/2025 | Plaintiff's Appeal of MDJ | From the judgment of Honorable Oscar J. Petite Jr. dated 10/08/2025. Service of appeal served on Magisterial District Judge and defendant/s by Department of Court Records, Civil Division on 11/07/2025 | Justin Hickox Michael |

#### --Judgments Against--

| Name | Amount | Satisfied(Y,N) |
|---|---|---|
| No Judgments Found | | |